UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELAINA THOMAS,

        Plaintiff,                CASE NUMBER: 14-50840
                                            HONORABLE VICTORIA A. ROBERTS

v.

DEPARTMENT OF HUMAN SERVICES,
and CHILD PROTECTIVE SERVICES,

        Defendants.
_____/

### ORDER

On June 25, 2014, Plaintiff filed a *pro se* complaint against Department of Human Services and Child Protective Services alleging they wrongly take children from their parents by filing petitions that contain false accusations of abuse and neglect.

Plaintiff has a long history of litigation in this Court; attached to her complaint are several orders and filings from other cases she brought. In each of those cases, Plaintiff's complaints were dismissed under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failing to state a claim on which relief may be granted. The complaint in this action similarly is frivolous and fails to state a claim; however, the Court does not dismiss this action under 28 U.S.C. § 1915(e)(2)(B).

Instead, the Court dismisses this action because Plaintiff is enjoined from filing any pleadings in this Court without first obtaining leave. *See Elaina Thomas v. Andrea Bailey*, Case No. 12-14558, Dkt. # 9, (E.D. Mich. Nov. 7, 2012) (Friedman, J.) ("Elaina Thomas is enjoined from filing any further correspondence or pleadings ... without first obtaining permission from this Court and providing proof of permission to the Clerk of

1

the Court.").

Plaintiff's Complaint is **DISMISSED**.

**IT IS ORDERED**.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: June 27, 2014

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 27, 2014.
>
> s/Linda Vertriest
> Deputy Clerk